IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARISSE M. HEARNS,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **CASE NO. CV 03-B-1608-S** |
| } | |
| **CROWN CENTRAL PETROLEUM** } | |
| **CORPORATION,** } | |
| } | |
| **Defendant.** } | |

## MEMORANDUM OPINION

This case is before the court on defendant's Motion for Summary Judgment. On December 30, 2004, the Magistrate Judge entered a Report and Recommendation recommending that the motion be granted. Plaintiff timely filed Objections to the Magistrate Judge's Report and Recommendation. Plaintiff argues that the Magistrate Judge erred in not considering the evidence of comparator performance and employee relations and further erred in rejecting the plaintiff's contention that the six comparators she identified were similar. (Plaintiff's Objections to Magistrate Judge's Report and Recommendation at ¶ 4).

The court has carefully reviewed the Magistrate Judge's Report and Recommendation as well as the Memoranda and evidence submitted in support of and in opposition to defendant's Motion for Summary Judgment. Contrary to plaintiff's arguments, the Magistrate Judge did consider the comparator evidence offered by plaintiff. However, he correctly noted that plaintiff offered some allegations that were hearsay within hearsay. (Magistrate Judge's Report and Recommendation at 16, f. 7). The Magistrate Judge nevertheless considered this evidence, but noted that "there is no evidence that any race-based complaints against Flemming were ever communicated to Crown or that Crown otherwise was aware of them." *Id.*

The Magistrate Judge's Report and Recommendation outlined the comparator evidence and came to the conclusion that plaintiff failed to establish that the allegations of work rule violations against plaintiff were sufficiently similar to allegations of work rule violations against other employees to warrant consideration of the other employees as comparators for purposes of establishing a prima facie case. This court's review of the underlying evidence supports the conclusion of the Magistrate Judge that plaintiff did not establish a prima facie case.

Plaintiff argues further that the Magistrate Judge erred in concluding that plaintiff failed to present evidence of pretext. The court has considered plaintiff's Objections to this finding (plaintiff's Objections, at ¶ 6 a. and b.), as well as the evidence in the case. Defendant offered several reasons for plaintiff's discharge: working employees "off the clock," requiring employees to pay back shortages on their shift, lying to a supervisor, and directing her employees to treat young black male customers in a manner different than other customers. The court finds that plaintiff has not offered sufficient evidence on which a reasonable jury could find defendant's articulated non-discriminatory reasons for plaintiff's discharge were pretext for unlawful race discrimination.

For the foregoing reasons, the Magistrate Judge's Report and Recommendation that defendant's Motion for Summary Judgment is due to be granted will be accepted and adopted by the court. An Order granting defendant's Motion for Summary Judgment will be entered contemporaneously with this Opinion.

**DONE** this 29th day of March, 2005.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE