IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARISSE M. HEARNS,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } CASE NO. CV 03-B-1608-S |
| | } |
| **CROWN CENTRAL PETROLEUM** | } |
| **CORPORATION,** | } |
| | } |
| Defendant. | } |

**ORDER**

On December 30, 2004, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On January 14, 2005, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge and it is, therefore, **ORDERED** that defendant's motion for summary judgment (doc. 25) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. Costs are taxed against the plaintiff.

**DONE** this 29th day of March, 2005.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE